UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MEZA,<br><br>                                Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>                               Defendant. | Case No.:  19-cv-1279-DMS-KSC<br><br>**ORDER DISMISSING CASE** |

On November 3, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's August 24, 2020 Order. (ECF No. 39.)  The Court gave Plaintiff until November 20, 2020, to file a response. That deadline has now passed without a response from Plaintiff.  Accordingly, the Court dismisses the case without prejudice pursuant to Civil Local Rule 83.1.

**IT IS SO ORDERED**.

Dated:  December 1, 2020

Hon. Dana M. Sabraw
United States District Judge